# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   CHARLES W. McCANN   §   Case No. 13-10081
                             §   Hon. CAROL A. DOYLE
                             §   Chapter 7
                             §
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/18/2014 in Courtroom 742, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:  CHARLES W. McCANN   § Case No. 13-10081
§ Hon. CAROL A. DOYLE
§ Chapter 7
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $32,993.25 |
| *and approved disbursements of* | $99.88 |
| *leaving a balance on hand of* [1] | $32,893.37 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $32,893.37 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $4,049.33 | $0.00 | $4,049.33 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $13.04 | $0.00 | $13.04 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,811.52 | $0.00 | $2,811.52 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,*   *U.S. Bankruptcy Court*

*Fees,*   *United States Trustee*

    Other

Total to be paid for chapter 7 administrative expenses:     $6,873.89

Remaining balance:     $26,019.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
|    Other | | | |

Total to be paid for prior chapter administrative expenses:     $0.00

Remaining balance:     $26,019.48

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling    $0.00   must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $26,019.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $26,019.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be   100   percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US Small Business Administration | $12,800.00 | $0.00 | $12,800.00 |
| 3 | Wells Fargo Bank | $3,138.32 | $0.00 | $3,138.32 |
| 4 | Fifth Third Bank | $5,145.46 | $0.00 | $5,145.46 |
| 5 | Portfolio Recovery Associates, LLC successor to Capital One | $4,322.08 | $0.00 | $4,322.08 |
| 6 | Portfolio Recovery Associates, LLC successor to Capital One | $613.62 | $0.00 | $613.62 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $26,019.48 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling   $0.00   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   0   percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS
                                Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                        Case No. 13-10081-CAD
Charles W McCann                                              Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams             Page 1 of 1           Date Rcvd: Nov 24, 2014
                              Form ID: pdf006             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 26, 2014.
```
db            +Charles W McCann,    5732 W. Pershing Rd,    Cicero, IL 60804-4218
20172113      +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20172103     #+CHASE,   Attn: Bankruptcy Dept.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
20172107      +Capital One,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
20172101      +CarMax Auto Finance,    Attn: Bankruptcy Dept.,    2040 Thalbro St,    Richmond, VA 23230-3200
20172104      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
20172105      +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
20172114     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     Attn: Bankruptcy Dept.,    38 Fountain Sq. Plaza,
                Cincinnati, OH 45263)
22524547      +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
22199988      +PNC BANK N.A.,    PO Box 94982,   CLEVELAND, OH 44101-4982
20172109      +PNC Bank, N.A.,    Attn: Bankruptcy Dept.,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
22526452     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     successor to,
                CAPITAL ONE, NATIONAL ASSOCIATION,    (CAPITAL ONE BANK (USA), N.A.),    POB 41067,
                Norfolk VA 23541)
20172108      +Sears/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6282,    Sioux Falls, SD 57117-6282
20172102      +Shannon McCann,    5732 Pershing Rd,   Cicero, IL 60804-4218
20172106      +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
20172111      +WFF Cards,   Attn: Bankruptcy Dept.,    3201 N 4Th Ave,    Sioux Falls, SD 57104-0700
22473907       Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA   50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20172110      +E-mail/PDF: gecsedi@recoverycorp.com Nov 25 2014 01:33:04      Gecrb/SAMS CLUB,
                Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
20172100       E-mail/PDF: cbp@springleaf.com Nov 25 2014 01:33:00      Springleaf Financial Services,
                Attn: Bankruptcy Dept.,    6025 W Cermak Rd,    Cicero, IL 60804
20172115      +E-mail/Text: birminghamtops@sba.gov Nov 25 2014 01:30:55      US Small Business Administration,
                801 Tom Martin Drive Suite 120,    Birmingham, AL 35211-6424
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20172112*     +Capital One,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                              TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2014 at the address(es) listed below:
```
              Allan J DeMars    alland1023@aol.com
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              Andrew B Nelson    on behalf of Debtor Charles W McCann ndil@geracilaw.com
              Jeffrey Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              Nisha B Parikh    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nparikh@fal-illinois.com, bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```