# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CHARLES W. McCANN § Case No. 13-10081
§ Hon. CAROL A. DOYLE
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $84,494.00 | Assets Exempt: | $20,104.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $26,019.48 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $6,873.89 | | |

3) Total gross receipts of $32,993.25 (see **Exhibit 1)**, minus funds paid to the debtor and third parties of $99.88 (see **Exhibit 2** ), yielded net receipts of $32,893.37 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $146,488.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,873.89 | $6,873.89 | $6,873.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $51,143.00 | $26,019.48 | $26,019.48 | $26,019.48 |
| **TOTAL DISBURSEMENTS** | $198,031.00 | $32,893.37 | $32,893.37 | $32,893.37 |

4) This case was originally filed under chapter  7  on 03/14/2013 .
The case was pending for     6   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/07/2015                    By: /s/ ALLAN J. DeMARS
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avantia/GlaxoSmith Klein settlement proceeds | 1249-000 | $26,993.25 |
| from debtor-repayment of funds | 1290-000 | $6,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $32,993.25 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WELLS FARGO | bank service fees | 2600-000 | $99.88 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $99.88 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carmax | 4210-000 | $16,192.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $122,556.00 | $0.00 | $0.00 | $0.00 |
| | Springleaf Financial | 4210-000 | $7,740.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $146,488.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $4,049.33 | $4,049.33 | $4,049.33 |
| Allan J. DeMars | 2200-000 | N/A | $13.04 | $13.04 | $13.04 |
| Allan J. DeMars | 3110-000 | N/A | $2,811.52 | $2,811.52 | $2,811.52 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $6,873.89 | $6,873.89 | $6,873.89 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Small Business Admin | 7100-000 | $14,000.00 | $12,800.00 | $12,800.00 | $12,800.00 |
| 3 | Wells Fargo | 7100-000 | $3,015.00 | $3,138.32 | $3,138.32 | $3,138.32 |
| 4 | Fifth Third Bank | 7100-000 | $17,840.00 | $5,145.46 | $5,145.46 | $5,145.46 |
| 5 | Portfolio Recovery Assoc successor to Capital One | 7100-900 | $4,102.00 | $4,322.08 | $4,322.08 | $4,322.08 |
| 6 | Portfolio Recovery Assoc successor to Capital One | 7100-900 | $630.00 | $613.62 | $613.62 | $613.62 |
| | 4 creditors scheduled with no claim filed | | $11,556.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $51,143.00 | $26,019.48 | $26,019.48 | $26,019.48 |

**EXHIBIT "A" FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.: 13-10081  
Case Name: CHARLES W. McCANN  
For Period Ending: 3/31/15  

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 3/14/13 (F)  
CASE REOPENED 7/9/14  
§341(a) Meeting Date: 5/15/13  
Claims Bar Date: 10/17/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5732 W. Pershing Cicero, IL | 90,000.00 | 0.00 | | | FA |
| 2 | PNC checking acct | 4.00 | 0.00 | | | FA |
| 3 | checking account First Credit Union | 50.00 | 0.00 | | | FA |
| 4 | household goods | 2,000.00 | 0.00 | | | FA |
| 5 | books, cds | 100.00 | 0.00 | | | FA |
| 6 | wearing apparel | 200.00 | 0.00 | | | FA |
| 7 | watch | 300.00 | 0.00 | | | FA |
| 8 | camera | 50.00 | 0.00 | | | FA |
| 9 | term life insurance | 0.00 | 0.00 | | | FA |
| 10 | pension | unknown | 0.00 | | | FA |
| 11 | 2001 Chevrolet S10 | 3,175.00 | 0.00 | | | FA |
| 12 | 2010 Ford Focus | 8,719.00 | 0.00 | | | FA |
| 13 | Avantia/GlaxoSmithKlein class action lawsuit (u) | 26,993.25 | 26,993.25 | | 26,993.25 | FA |
| 14 | return of funds by debtor (u) | 6,000.00 | 6,000.00 | | 6,000.00 | FA |

TOTALS (Excluding unknown values): 32,993.25    32,993.25

(Total Dollar Amount in Column 6)

Major activities affecting case closing: The debtor failed to disclose that he was a party to the class action lawsuit (see #13) and had received a distribution, in the amount of $50,659.33 a week before the bankruptcy was filed. The bankruptcy case has been reopened and the debtor's discharge has been revoked. The trustee recovered the balance of the settlement (item 13) and obtained a return of funds from the debtor in an amount that will pay all fees and all claims in full (item 14)

Initial Projected Date of Final Report (TFR):  November, 2014          Current Projected Date of Final Report (TFR): _____

EXHIBIT "A" - FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 13-10081  
Case Name: CHARLES W. McCANN  
Taxpayer ID#: XX-XXX0271  
For Period Ending: 3/31/15  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: XXXXXX9476  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking acct balance |
| 8/8/14 | Ref 13 | Riley Pozner clients fund acct | net proceeds on Avantia/GlaxoSmithKlein class action | 1249-000 | 26,993.25 | | 26,993.25 |
| 8/20/14 | | Wells Fargo | check printing charge | 2600-000 | | 94.88 | 26,898.37 |
| 10/21/14 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 26,893.37 |
| 10/29/14 | Ref 14 | from the debtor | repayment of funds | 1290-000 | 6,000.00 | | 32,893.37 |
| 12/18/14 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 4,049.33 | 28,844.04 |
| 12/18/14 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 13.04 | 28,831.00 |
| 12/18/14 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,811.52 | 26,019.48 |
| 12/18/14 | Check 1004 | U.S. Small Business Administration | 726(a)(2) | 7100-000 | | 12,800.00 | 13,219.48 |
| 12/18/14 | Check 1005 | Wells Fargo Bank | 726(a)(2) | 7100-000 | | 3,138.32 | 10,081.16 |
| 12/18/14 | Check 1006 | Fifth Third Bank | 726(a)(2) | 7100-000 | | 5,145.46 | 4,935.70 |
| 12/18/14 | Check 1007 | Portfolio Recovery Assoc., LLC successor to Capital One | 726(a)(2) | 7100-900 | | 4,322.08 | 613.62 |
| 12/18/14 | Check 1008 | Portfolio Recovery Assoc., LLC successor to Capital One | 726(a)(2) | 7100-900 | | 613.62 | 0.00 |
| | | | | COLUMN TOTALS | 32,993.25 | 32,993.25 | 0.00 |
| | | | | Less: Bank transfers/CD | | | |

|  | Subtotal |  |  |
|---|---|---|---|
|  | Less: Payments to debtor(s) |  |  |
|  | Net | 32,993.25 | 32,993.25 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# XXXXXX9476 | 32,993.25 | 32,993.25 | 0.00 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 32,993.25 | 32,993.25 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |